IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILLY RAY PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13CV488 |
| ) | |
| RICK BURRIS, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 31, 2015, was served on the parties in this action. Plaintiff filed objections to the Recommendation (Doc. 44) and Defendants responded (Docs. 45, 46).

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant Mills' Motion for Summary Judgment (Doc. 32) is GRANTED and that Defendants R. Burris, L. Burris, Poplin, and Hudson's Motion for Summary Judgment (Doc. 35) is GRANTED. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 8th day of May, 2015.

/s/ Loretta C. Biggs
United States District Judge